1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**MAR 04 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE APPLICATION      CASE NO.  2:15-SW-00622 CKD
    OF THE UNITED STATES OF AMERICA
12  FOR A SEARCH WARRANT
    CONCERNING:                          [PROPOSED] ORDER UNSEALING SEARCH
13                                        WARRANT AND APPLICATION

        **Box, Inc. accounts**
14

15

16  The government's request to unseal the Search Warrant and this case is GRANTED.

17

18  Dated: 3-4-2016

19                                        _____
                                          HONORABLE EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28